UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LARRY DARNELL DUNOMES,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MIKE SOMMERFELD.<br><br>　　　　　　　Defendant. | CASE NO. C12-5823 RBL-JRC<br><br>ORDER ADOPTING A REPORT AND RECOMMENDATION |

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)　The Court adopts the Report and Recommendation;

(2)　Plaintiff's motion to proceed in forma pauperis is denied.

(3)　The Clerk shall file the complaint only on receipt of the usual filing fee. If no filing fee is paid within 30 days of the date of this Order, the Clerk shall close the file.

1     (4)    The Clerk is directed to send a copy of this Order to plaintiff, and to the Hon. J. Richard Creatura.

DATED this 30th day of November, 2012.

*Ronald B. Leighton (signature)*

Ronald B. Leighton
United States District Judge